JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:22-cv-03411-ODW (KSx) | Date | August 2, 2023 |
|---|---|---|---|
| Title | *Julee Arch Graham v. Nissan North America, Inc.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

In light of Plaintiff's Notice of Settlement, the Court ordered Plaintiff to file a dismissal that complies with Federal Rule of Civil Procedure 41 by August 1, 2023. (ECF No. 26.) The Court noted that "[f]ailure to timely comply with this Order may be deemed consent to dismissal of the action." (*Id.*) Having received no response from Plaintiff to the Court's Order, this case is hereby **DISMISSED**. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

                                                             : 00

Initials of Preparer    SE